LAW OFFICES
## JONATHAN C. SCOTT, P.C.
BUSINESS LAW, LITIGATION AND SUCCESSION PLANNING

**1920 McKinney Ave.**
**7th Floor**
**Dallas, Texas 75201**

**DIRECT DIAL: (214) 999-2901**
**DIRECT FAX: (214) 999-2951**
jcscott@jonathancscottpc.com

January 16, 2018

<u>**VIA ECF Only**</u>

Hon. Andrew L. Carter, Jr.
United States District Court for
the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Vista Food Exchange Inc. v. Lawson Foods, LLC,* **No. 1:17-cv-07454**
            <u>**Plaintiff's Request to Extend Time to File Amended Pleading and Reset Briefing Schedule on Motion to Dismiss**</u>

Dear Judge Carter,

We are writing on behalf of Plaintiff Vista Food Exchange, Inc. ("Vista") pursuant to S.D.N.Y. Local Rule 7.1(d), and Sections 1A and 1D of Your Honor's Individual Practices to request that the Court (1) extend Vista's time to file an amended complaint from January 23, 2018 to February 15, 2018 and (2) reset the briefing schedule on any motion to dismiss the amended complaint by Defendant Lawson Foods, LLC's ("Lawson") to the schedule proposed by both parties at the end of this letter.

The requested extension is necessary for the following reasons:

At the time of the conference, Vista's counsel was not aware that the client representative who counsel needs to review the amended pleading departed on January 15, 2018 for a preplanned vacation and is not expected to be back in the office until January 26, 2018.

In addition, despite ordering that the transcript of the pre-motion conference held on January 9, 2018 be prepared on an expedited basis, such transcript will not be ready until January 19, 2018.

Finally, my partner, attorney Christina M. Lucio will be joining me in the representation of Vista in this suit, but needs time to complete the pro hac vice process as she is not currently admitted to the Southern District of New York bar. Ms. Lucio has requested a certificate of standing from the State Bar of California, but does not anticipate receiving such certificate until the end of January 2018.

Vista has not previously requested an extension of the deadline to file the amended complaint.

Hon. Judge Andrew Carter
January 16, 2018
Page 2

Lawson does not oppose this request.

After consultation with counsel for Lawson Foods, the parties propose that the Court: extend Vista's time to file an amended complaint from January 23, 2018 to February 15, 2018, and set the deadline for Lawson to file any motion to dismiss the amended complaint to March 8, 2018, Plaintiff's response will be due by March 29, 2018, Defendant's reply will be due by April 5. 2018.

Respectfully Submitted,

JONATHAN C. SCOTT, P.C.

Jonathan C. Scott

cc: Jonathan D. Lupkin  (jlupkin@lupkinpllc.com)
Michael Smith (msmith@lupkinpllc.com)
ALCarterNYSDChambers@nysd.uscourts.gov