USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-26-18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
VISTA FOOD EXCHANGE, INC.,            :
                                      :  Docket No.
          Plaintiff,           :  1:17-cv-07454
   v.                              :
                                      :  **Order for Admission Pro Hac**
LAWSON FOODS LLC                      :  **Vice to the United States**
                                      :  **District Court—Southern**
          Defendants.         :  **District of New York**
                                      :
                                      :
------------------------------------- x

      The motion of Christina M. Lucio, Esq., for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the state of California and the bars of the United States District Courts for the Central, Southern, and Northern Districts of California, and she has submitted a Certificate from the Supreme Court of the State of California affirming that she is in good standing, and she has declared that her contact information is as follows:

> Christina M. Lucio
> JONATHAN C. SCOTT, P.C.
> 1920 McKinney Avenue, 7th Floor
> Dallas, Texas 75201
> Tel: (909) 908-3059
> cmlucio@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Vista Food Exchange, Inc. in the above entitled action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/26/2018

_____
United States District Court Judge/Magistrate Judge