# LUPKIN PLLC

80 Broad Street, Suite 1301
New York, NY 10004

Tel: (646) 367-2771
Fax: (646) 219-4870
www.lupkinpllc.com

April 19, 2018

**VIA ECF Only**

Hon. Andrew L. Carter, Jr.
United States District Court for
the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> **Re:**   *Vista Food Exchange, Inc. v. Lawson Foods, LLC,* **No. 1:17-cv-07454**
> **Request for Extension of Time to File Reply Brief**

Dear Judge Carter:

We are writing on behalf of Defendant Lawson Foods, LLC ("Lawson") pursuant to
S.D.N.Y. Local Rule 7.1(d), and Sections 1A and 1D of Your Honor's Individual Practices
to request a one-week extension of Lawson's time to file a reply brief in further support of
its motion to dismiss.

The original deadline for Lawson's reply was May 3, 2018. We request a one-week
extension of that deadline to May 10, 2018.

This is the parties' third request to amend the briefing schedule for Lawson's motion to
dismiss (one request by each side). The Court granted the previous requests.

Plaintiff Vista Food Exchange Inc. has consented to the extension.

Thank you for your consideration.

Respectfully,

Michael B. Smith

cc: All Counsel of Record (via email)

ALCarterNYSDChambers@nysd.uscourts.gov

4822-4586-4546, v. 1