

# Smithfield Farmland

Smithfield Farmland Sales Corp.

Remit Payment to:
Smithfield Farmland Sales Corp.
14538 Collections Center Drive
Chicago IL  60693

**Sold to:**  448896     **Payer:**  448896
Invoice Date:     05/14/2015
**Due date:**      **05/21/2015**
**Customer P.O.:**  BUY-4
Payment Terms: Net 7 days individual check

**TOTAL AMOUNT:     USD 35,324.09**

**Bill to:**  448896
LAWSON FOODS LLC
145 40TH ST
IRVINGTON NJ  07111-1184

**Ship to:**  448896
LAWSON FOODS LLC
LAWSON FOODS
145 40TH ST
IRVINGTON NJ  07111-1184

---

**Order No.:**    3833929
**Ship Date:**    05/14/2015
**Delivery Doc.:** 88094317

**Shipped From:** CLOVERLEAF C/S CHILLICOTHE
CHILLICOTHE, MO
**Carrier:**        PRIME INC

| Mfg ID | Material# | Description | Units Ordered | Shipped | Weight Gross | Net | Unit Price | UOM | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 70247 | 20835 7 | STOMACH,PK,DBL-SCLD | 1,800 | 1,800 | 42,111.09 | 39,690.00 | 0.8900 | LBS | 35,324.09 |

**TOTALS   1,800    42,111.09      39,690.00   LBS USD   35,324.09**

Please notify our Loss Prevention Department of any questions or claims regarding this invoice at 800-221-2753.
Any claims made against this Smithfield Farmland Sales Corp. invoice must be submitted immediately.

Carrier: Prime Incorporated

BOL #: OR-88063

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DELIVER TO (CONSIGNEE) |
|---|---|
| Smithfield Farmland Sales Corp<br>Attn Mary E La Jaunie<br>Suite 500<br>11500 NW Ambassador Dr<br>Kansas City, MO 64153 | Lawson Foods<br>145 40th St<br>Irvington, NJ 07111 |

Trailer #: 160944
Seal1    : 435801
Seal2    :
Load/Stop: 10635 / 1 of 1

5/16/15

P.O. #:          buy-4
Customer Ref #: 0003833929
Order Date:     05.08.15
Ship Date:      05.13.15

Ord Ref1 : 0045406609/001001
Ord Ref2 : 0088094317

| Quantity | Haz | Item No/ Lot No  Description | Weight | Class | Cl Co |
|---|---|---|---|---|---|
| Order Remarks : | | Shipment#:0045406609/001001<br>Delivery#:0088094317 | | | |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02181599<br> 01021815991800067 4502742064<br>  Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 54 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02181599<br> 01021815991800074 4502742064<br>  Org Est #: 320M | 1271.70<br>1190.70 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02191599<br> 01021915991800067 4502744137<br>  Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02191599<br> 01021915991800071 4502744137<br>  Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |

Drivers are responsible for their own load and count. No recourse after signing for load.

**Received in Good Order: Driver's Signature** _____

Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding $_____

Charges are to be prepaid only if stated here.

Received $ _____
to apply in prepayment of the charges on the property described herein.

Per _____

Per _____ (Acknowledges prepaid amt.)

SHIP FROM (As agent for shipper only)

Per _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Continued on Page 2

Shippers Agent, Per _____

# STRAIGHT BILL OF LADING

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DELIVER TO (CONSIGNEE) |
|---|---|
| Smithfield Farmland Sales Corp<br>Attn Mary E La Jaunie<br>Suite 500<br>11500 NW Ambassador Dr<br>Kansas City, MO 64153 | Lawson Foods<br>145 40th St<br>Irvington, NJ 07111<br><br>Trailer #: 160944<br>Seal1  : 435801<br>Seal2  :<br>Load/Stop: 10635 / 1 of 1 |

P.O. #:          buy-4
Customer Ref #: 0003833929          Ord Ref1 : 0045406609/001001
Order Date:     05.08.15            Ord Ref2 : 0088094317
Ship Date:      05.13.15

| Quantity | Haz | Item No/ Lot No  Description | Weight | Class | C |
|---|---|---|---|---|---|
| 33 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02191599<br>01021915991800076 4502744137<br>Org Est #: 320M | 777.15<br>727.65 | FAK | |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02201599<br>01022015991800069 4502743106<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 63 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02201599<br>01022015991800078 4502743530<br>Org Est #: 320M | 1483.65<br>1389.15 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02231599<br>01022315991800062 4502745800<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02231599<br>01022315991800071 4502745477<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |

CLOVERLEAF FOOD STORAGE

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature _____    Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
NOTE – Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding      $

Charges are to be prepaid only if stated here.

Received $

The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.

Per _____

to apply in prepayment of the charges on the property described herein.

Per _____ (Acknowledges prepaid amt.)

SHIP FROM   (As agent for shipper only)

Continued on Page 3

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shippers Agent, Per _____

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination, to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
Smithfield Farmland Sales Corp
Attn Mary E La Jaunie
Suite 500
11500 NW Ambassador Dr
Kansas City, MO 64153

DELIVER TO (CONSIGNEE)
Lawson Foods
145 40th St
Irvington, NJ 07111

Trailer #: 160944
Seal1   : 435801
Seal2   :
Load/Stop: 10635 / 1 of 1

P.O. #:          buy-4
Customer Ref #: 0003833929
Order Date:      05.08.15
Ship Date:       05.13.15

Ord Ref1 : 0045406609/001001
Ord Ref2 : 0088094317

| Quantity | Haz | Item No/ Lot No  Description | Weight | Class | C Co |
|---|---|---|---|---|---|
| 40 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02231599<br>01022315991800076 4502745800<br>Org Est #: 320M | 942.00<br>882.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02241599<br>01022415991800076 4502746474<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02241599<br>01022415991800081 4502746474<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 20 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02241599<br>01022415991800088 4502746337<br>Org Est #: 320M | 471.00<br>441.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02251599<br>01022515991800080 4502747460<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |

CLOVERLEAF FOOD STORAGE

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature _____    Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.
  The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.
_____
(As agent for shipper only)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
  NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding
_____ $ _____

Charges are to be prepaid only if stated here.

Received $ _____

to apply in prepayment of the charges on the property described herein.

Per _____
      (Acknowledges prepaid amt.)

SHIP FROM

Continued on Page 4

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shippers Agent, Per _____

# STRAIGHT BILL OF LADING

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
Smithfield Farmland Sales Corp
Attn Mary E La Jaunie
Suite 500
11500 NW Ambassador Dr
Kansas City, MO 64153

DELIVER TO (CONSIGNEE)
Lawson Foods
145 40th St
Irvington, NJ 07111

Trailer #: 160944
Seal1  : 435801
Seal2  :
Load/Stop: 10635 / 1 of 1

P.O. #:            buy-4
Customer Ref #: 0003833929
Order Date:      05.08.15
Ship Date:       05.13.15

Ord Ref1 : 0045406609/001001
Ord Ref2 : 0088094317

| Quantity | Haz | Item No/ Lot No  Description | Weight | Class | Cl Co |
|----------|-----|------------------------------|--------|-------|-------|
| 17 CASE  |     | 70247208357 Stomach Double Scalded 22.05<br>02251599<br>01022515991800084 4502747460<br>Org Est #: 320M | 400.35<br>374.85 | FAK | 00 |
| 60 CASE  |     | 70247208357 Stomach Double Scalded 22.05<br>02261599<br>01022615991800090 4502748891<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 23 CASE  |     | 70247208357 Stomach Double Scalded 22.05<br>02261599<br>01022615991800093 4502748517<br>Org Est #: 320M | 541.65<br>507.15 | FAK | 00 |
| 60 CASE  |     | 70247208357 Stomach Double Scalded 22.05<br>02271599<br>01022715991800079 4502750285<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE  |     | 70247208357 Stomach Double Scalded 22.05<br>02271599<br>01022715991800085 4502750285<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature _____

Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.
   The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.
_____
(As agent for shipper only)

SHIP FROM

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
   NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding      $_____

Per _____

Charges are to be prepaid only if stated here.

Received $ _____
to apply in prepayment of the charges on the property described herein.

Per _____
(Acknowledges prepaid amt.)

Continued on Page 5

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shippers Agent, Per _____

# STRAIGHT BILL OF LADING

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and defined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination it on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | DELIVER TO (CONSIGNEE) |
|---|---|
| Smithfield Farmland Sales Corp<br>Attn Mary E La Jaunie<br>Suite 500<br>11500 NW Ambassador Dr<br>Kansas City, MO 64153 | Lawson Foods<br>145 40th St<br>Irvington, NJ 07111<br><br>Trailer #: 160944<br>Seal1 : 435801<br>Seal2 :<br>Load/Stop: 10635 / 1 of 1 |

P.O. #: buy-4
Customer Ref #: 0003833929
Order Date: 05.08.15
Ship Date: 05.13.15

Ord Ref1 : 0045406609/001001
Ord Ref2 : 0088094317

| Quantity | Haz | Item No/ Lot No  Description | Weight | Class | Cl Co |
|---|---|---|---|---|---|
| 19 CASE | | 70247208357 Stomach Double Scalded 22.05<br>02271599<br>01022715991800091 4502750285<br>Org Est #: 320M | 447.45<br>418.95 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03021599<br>01030215991800068 4502751363<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03021599<br>01030215991800076 4502751154<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 34 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03021599<br>01030215991800085 4502751363<br>Org Est #: 320M | 800.70<br>749.70 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03031599<br>01030315991800079 4502752448<br>Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature _____

Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.

(As agent for shipper only)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding $_____

Charges are to be prepaid only if stated here.

Received $_____
to apply in prepayment of the charges on the property described herein.

Per _____ (Acknowledges prepaid amt.)

SHIP FROM

Continued on Page 6

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shippers Agent, Per _____

CLOVERLEAF COLD STORAGE

# STRAIGHT BILL OF LADING

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and defined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination, as to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
Smithfield Farmland Sales Corp
Attn Mary E La Jaunie
Suite 500
11500 NW Ambassador Dr
Kansas City, MO 64153

DELIVER TO (CONSIGNEE)
Lawson Foods
145 40th St
Irvington, NJ 07111

Trailer #: 160944
Seal1   : 435801
Seal2   :
Load/Stop: 10635 / 1 of 1

P.O. #:           buy-4
Customer Ref #:  0003833929
Order Date:      05.08.15
Ship Date:       05.13.15

Ord Ref1  : 0045406609/001001
Ord Ref2  : 0088094317

| Quantity | Haz | Item No/ Lot No   Description | Weight | Class | Ck Co |
|---|---|---|---|---|---|
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03031599<br>  01030315991800086 4502752448<br>    Org Est #: 320M | 1413.00<br>1323.00 | FAK | |
| 52 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03031599<br>  01030315991800093 4502752239<br>    Org Est #: 320M | 1224.60<br>1146.60 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03041599<br>  01030415991800076 4502753555<br>    Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03041599<br>  01030415991800084 4502753555<br>    Org Est #: 320M | 1413.00<br>1323.00 | FAK | 00 |
| 38 CASE | | 70247208357 Stomach Double Scalded 22.05<br>03041599<br>  01030415991800089 4502753081<br>    Org Est #: 320M | 894.90<br>837.90 | FAK | 00 |

CLOVERLEAF FOOD STORAGE

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature _____

Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding _____ $ _____

Charges are to be prepaid only if stated here.

Received $ _____
to apply in prepayment of the charges on the property described herein.

Cloverleaf Cold Storage Co.

Per _____

Per _____
(Acknowledges prepaid amt.)

SHIP FROM (As agent for shipper only)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Continued on Page 7

Shippers Agent, Per _____

# STRAIGHT BILL OF LADING

Carrier: Prime Incorporated

RECEIVED, subject to the classification and written agreement between carrier and shipper in effect on the date of issue of this original Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth (1) in Uniform Freight Classification in effect on the class hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.  Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER
Smithfield Farmland Sales Corp
Attn Mary E La Jaunie
Suite 500
11500 NW Ambassador Dr
Kansas City, MO 64153

DELIVER TO (CONSIGNEE)
Lawson Foods
145 40th St
Irvington, NJ 07111

Trailer #: 160944
Seal1   : 435801
Seal2   :
Load/Stop: 10635 / 1 of 1

P.O. #:  buy-4
Customer Ref #: 0003833929
Order Date: 05.08.15
Ship Date: 05.13.15

Ord Ref1 : 0045406609/001001
Ord Ref2 : 0088094317

| Quantity | Haz | Item No/ Lot No   Description | Weight | Class | |
|----------|-----|-------------------------------|--------|-------|--|
| 60 CASE | | 70247208357 Stomach Double Scalded 22.05 03091599 | 1413.00 | FAK | 00 |
| | | 01030915991800085 4502757025 | 1323.00 | | |
| | | Org Est #: 320M | | | |
| 24 CASE | | 70247208357 Stomach Double Scalded 22.05 03091599 | 565.20 | FAK | 00 |
| | | 01030915991800092 4502757025 | 529.20 | | |
| | | Org Est #: 320M | | | |
| | | Maintain 0 Degrees F or Lower | | | |
| | | Pallets Shipped : STD 30 | | | |

CLOVERLEAF COLD STORAGE
"Dedicated to Service"

**************************TOTALS*********************************
1800

G: 42390.00
N: 39690.00

Drivers are responsible for their own load and count. No recourse after signing for load.

Received in Good Order: Driver's Signature

Date _____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

Cloverleaf Cold Storage Co.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carriers or Shippers weight."
NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby stated by the shipper to be not exceeding _____ $ _____

Charges are to be prepaid only if stated here.

Received $ _____

to apply in prepayment of the charges on the property described herein.

_____
(As agent for shipper only)

Per _____

Per _____
(Acknowledges prepaid amt.)

SHIP FROM
Cloverleaf Cold Storage
500 Corporate Drive
Chillicothe MO, 64601

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shippers Agent, Per _____

