# INVOICE

## VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY

(718) 542-4401 FAX (718) 542-0042
PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

DIVISION:14
WAREHOUSE: 1

0124870   1457555

PAGE   1

INVOICE NO: 1457555

ACCOUNT#- 1-24870
**FAX 1-973-375-2255

S O L D - T O

**MAIL MEIC@LAWSONFOODS.COM

S H I P - T O

LAWSON FOODS, LLC.
ACCOUNTS PAYABLE
145 40TH ST.
IRVINGTON          NJ 07111

SAME

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 11/16/16 | | 1457555 | 036 | NET 7 DAYS | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | SMPLSR3 | | | |
| 1000 | BX | SMITHFIELD LIGHT SPARERIBS 3-3PC | 41277.60 | 1.1500 | 47,469.24 |

1000   <--TOTAL CASES       TOTAL WEIGHT-->   41,277.60   SUBTOT->   47,469.24

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **       FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->   47,469.24
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.



**Smithfield Farmland**
Smithfield Farmland Sales Corp.

**DELIVERY MANIFEST**

Delivery No. : 88753545
P.O.No. : 14-57555
Shipment No. : 45763988
Carrier Name : CUSTOMER TRUCK

Smithfield Farmland Sales Corp.
11500 NW Ambassador Drive
Kansas City, MO 64153

STOP#: 0001

| Ship To: | Sold To: |
|---|---|
| 421829 | 421829 |
| VISTA FOOD EXCHANGE INC | VISTA FOOD EXCHANGE INC |
| HUNTS POINT COOP BUILDING B101 | HUNTS POINT COOP BUILDING B101 |
| 355 FOOD CENTER DR STE B101 | 355 FOOD CENTER DR STE B101 |
| BRONX , NY 10474-7580 | BRONX , NY 10474-7580 |
| 718-542-4401 | 718-542-4401 |

Order No.: 4448009  Trailer: 971  Terms:  Ship Date: 11/11/2016
Ship Origin: TAR HEEL, NC

| Mfg ID | Mat'l# | Description | Qty Ordered | | Qty Shipped | Gross wt. | Net wt. | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|
| | 1233395 | CHEP PALLET | 0 | PAL | 20 | 0.00 | 0.00 | | |
| 70247 | 20530 0 | RIB,PK,LT,US,VP,3-3P | 1,000 | CS | 1,000 | 43,671.70 | 41,277.60 | | |

MUST HAVE TEMPERATURE RECORDER IN TRAILER.

Totals: 1,000  43,671.70  41,277.60

**IF AT TIME OF RECEIPT ANY DISCREPANCY EXISTS CALL SMITHFIELD FARMLAND SALES CORP. PRIOR TO RELEASING PRODUCT & TRUCK CALL 888-704-2637**