# INVOICE

**VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY**
(718) 542-4401 FAX (718) 542-0042
PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

DIVISION: 14
WAREHOUSE: 1

ACCOUNT#- 1-24870
**FAX 1-973-375-2255

0124870  1457556

PAGE 1
INVOICE NO: 1457556

**SOLD-TO**
**MAIL MEIC@LAWSONFOODS.COM
LAWSON FOODS, LLC.
ACCOUNTS PAYABLE
145 40TH ST.
IRVINGTON   NJ 07111

**SHIP-TO**
SAME

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 11/11/16 | | 1457556 | 036 | NET 7 DAYS | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | FARLR | | | |
| 951 | BX | FARMLAND LIGHT RIBS | 39207.10 | 1.1500 | 45,088.17 |

951 <--TOTAL CASES   TOTAL WEIGHT--> 39,207.10   SUBTOT-> 45,088.17

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **   FREIGHT-> .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT-> 45,088.17
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.



**Smithfield Farmland**

Smithfield Farmland Sales Corp.

**DELIVERY MANIFEST**

Delivery No. : 88764690  
P.O.No. : 14-57556  
Shipment No. : 45770034  
Carrier Name : CUSTOMER TRUCK

Smithfield Farmland Sales Corp.  
11500 NW Ambassador Drive  
Kansas City, MO 64153

**STOP#:** 0001

**Ship To:**  
421829  
VISTA FOOD EXCHANGE INC  
HUNTS POINT COOP BUILDING B101  
355 FOOD CENTER DR STE B101  
BRONX , NY 10474-7580  
718-542-4401

**Sold To:**  
421829  
VISTA FOOD EXCHANGE INC  
HUNTS POINT COOP BUILDING B101  
355 FOOD CENTER DR STE B101  
BRONX , NY 10474-7580  
718-542-4401

Order No.: 4448013  Trailer: 54387  
Ship Origin: CLINTON, NC  
Terms:  
Ship Date: 11/10/2016

| Mfg ID | Mat'l# | Description | Qty Ordered | Qty Shipped | Gross wt. | Net wt. | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 70247 | 20530 0 | RIB,PK,LT,US,VP,3-3P | 1,000 CS | 951 | 41,481.11 | 39,207.10 | | |
| | | MUST HAVE TEMPERATURE RECORDER IN TRAILER. | | | | | | |
| | | **Totals:** | | 951 | 41,481.11 | 39,207.10 | | |

IF AT TIME OF RECEIPT ANY DISCREPANCY EXISTS CALL SMITHFIELD FARMLAND SALES CORP. PRIOR TO RELEASING PRODUCT & TRUCK CALL 888-704-2637