```
                                   I N V O I C E

                     VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                                       0124870      1457558
  DIVISION:14         (718) 542-4401  FAX (718) 542-0042
  WAREHOUSE: 1               PLEASE REMIT TO:                          PAGE       1
                             B-101 CENTER ARCADE
                             HUNTS POINT CO-OP MARKET                  INVOICE NO:
  ACCOUNT#- 1-24870          BRONX, NY 10474                           1457558
 **FAX 1-973-375-2255
       S O L D - T O                                 S H I P - T O
                     **MAIL MEIC@LAWSONFOODS.COM
  LAWSON FOODS, LLC.                                 SAME
  ACCOUNTS PAYABLE
  145 40TH ST.
  IRVINGTON              NJ 07111
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 11/14/16 | NA | | 036 | NET 7 DAYS | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | SMPLSR3 | | | |
| 958 | BX | SMITHFIELD LIGHT SPARERIBS 3-3PC | 39727.80 | 1.1500 | 45,686.97 |

```
   958   <--TOTAL CASES       TOTAL WEIGHT-->    39,727.80   SUBTOT->   45,686.97

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **         FREIGHT->         .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->   45,686.97
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```



**Smithfield Farmland**
Smithfield Farmland Sales Corp.

**DELIVERY MANIFEST**

Delivery No. : 88753546
P.O.No. : 14-57558
Shipment No. : 45763987
Carrier Name : CUSTOMER TRUCK

Smithfield Farmland Sales Corp.
11500 NW Ambassador Drive
Kansas City, MO 64153

STOP#: 0001

| Ship To: | Sold To: |
|---|---|
| 421829 | 421829 |
| VISTA FOOD EXCHANGE INC | VISTA FOOD EXCHANGE INC |
| HUNTS POINT COOP BUILDING B101 | HUNTS POINT COOP BUILDING B101 |
| 355 FOOD CENTER DR STE B101 | 355 FOOD CENTER DR STE B101 |
| BRONX , NY 10474-7580 | BRONX , NY 10474-7580 |
| 718-542-4401 | 718-542-4401 |

Order No.: 4448017  Trailer: 5312  Terms:  Ship Date: 11/11/2016
Ship Origin: TAR HEEL, NC

| Mfg ID | Mat'l# | Description | Qty Ordered | | Qty Shipped | Gross wt. | Net wt. | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|
|  | 1233395 | CHEP PALLET | 0 | PAL | 21 | 0.00 | 0.00 |  |  |
| 70247 | 20530 0 | RIB,PK,LT,US,VP,3-3P | 1,000 | CS | 958 | 42,032.01 | 39,727.80 |  |  |

MUST HAVE TEMPERATURE RECORDER IN TRAILER.

Totals:  958   42,032.01   39,727.80

**IF AT TIME OF RECEIPT ANY DISCREPANCY EXISTS CALL SMITHFIELD FARMLAND SALES CORP. PRIOR TO RELEASING PRODUCT & TRUCK CALL 888-704-2637**