UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vista Food Exchange, Inc.                )
                                         )
                                         ) Civ. Case No. 1:17-cv-7454-ALC-SN
                        Plaintiff,       )
                                         )
         -v-                             ) **DECLARATION OF SIMON LAW**
                                         )
Lawson Foods LLC                         )
                                         )
                        Defendant.       )
                                         )

I, Simon Law, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am the managing member and president of Lawson Foods LLC.

2. I have read in detail the court's order dated April 18, 2019 ordering Lawson Foods LLC "to produce all records that reflect its purchase and exporting of Smithfield-Vista Food pork products to the PRC from January 1, 2015, to the present."

3. Having read the court's order and having conducted a diligent search, I can confirm that Lawson does not have in its possession, custody or control any responsive documents, aside from those already produced to Counsel for Vista.

4. I will be appearing, as ordered, at the evidentiary hearing scheduled for June 25 2019, where I will be willing and able to answer any questions the court may have regarding Lawson's export activities to China, and its document generation and retention policies regarding the same.

Dated: Somerset, New Jersey
May 9, 2019

_____
Simon Law

1