**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/15/2020
```

-------------------------------------------------------------- x
**VISTA FOOD EXCHANGE, INC.,** :
                          **Plaintiff,** :
                                                            :
            v.                                         :     **1:17-cv-07454-ALC-SN**
                                                            :     <u>**ORDER**</u>
**LAWSON FOODS, LLC,** :
                                                             :
                          **Defendant.** :
-------------------------------------------------------------- : x

**ANDREW L. CARTER, JR., District Judge:**

On December 9, 2020, Plaintiff filed a letter motion requesting further sanctions of Defendant Lawson Foods ("Lawson"), Simon Law, the managing member of Lawson, and non-party Fortress Foods, LLC. ("Fortress"). ECF No. 203. Respondents replied to the letter motion on December 9, 2020. ECF No. 204.

In its November 30, 2020 Opinion and Order, the Court indicated that it deemed further sanctions of Lawson, Law, and Fortress unnecessary. ECF No. 201 at 13. The Court still holds that position. Plaintiff's request for further sanctions is therefore DENIED. The Clerk of Court is respectfully directed to close ECF No. 203.

**SO ORDERED.**

**Dated: December 15, 2020**
       **New York, New York**

                                                                  */s/ Andrew L. Carter, Jr.*
                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**