USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/8/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------:x

**VISTA FOOD EXCHANGE, INC,**

                     **Plaintiff,**

                                            1:17-cv-07454-ALC-SN

        v.                                   **ORDER**

**LAWSON FOODS, LLC,**

                     **Defendants.**

------------------------------------------------------------:x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's Letter Application for Referral to Magistrate Judge Netburn, Dkt. 211, and Defendant's response, Dkt. 212. The Court filed an Amended Order of Referral indicating that the inquest in this matter is referred to Judge Netburn, Dkt, 209, consistent with its Opinion adopting Judge Netburn's Report and Recommendation, Dkt. 201. To the extend Plaintiff requests any further referral, the request is DENIED.

**SO ORDERED.**
**Dated: March 8, 2021**
       New York, New York

                                                                */s/ Andrew L. Carter*
                                                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**