UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VISTA FOOD EXCHANGE, INC.,

                    **Plaintiff,**                17-CV-07454 (ALC) (SN)

    -against-                              **ORDER**

LAWSON FOODS, LLC,

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 4, 2021, the Honorable Andrew L. Carter, Jr., referred the Plaintiff's motion for final determination of the motion for sanctions at ECF No. 184 to my docket. See ECF No. 209. Accordingly, a telephonic conference is scheduled for March 17, 2021, at 10:30 a.m., at which to set a briefing schedule for the resolution of the motion. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       New York, New York
                  March 9, 2021