UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VISTA FOOD EXCHANGE, INC.,

                                Plaintiff,

              -against-

LAWSON FOODS, LLC,

                                Defendant.

-----------------------------------------------------------------X

17-CV-07454 (ALC) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In response to the parties' letters filed on March 30th and 31st, 2021, (ECF Nos. 218, 219), the parties are directed to meet and confer regarding whether they consent to my jurisdiction for all purposes, including trial, pursuant to 28 U.S.C. § 636(c). If the parties consent to my jurisdiction, they should file an executed Consent to Proceed Before a Magistrate Judge form for Judge Carter's approval, no later than April 7, 2021. If both parties do not consent, neither party is permitted to disclose who the non-consenting party is.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    New York, New York
                March 31, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2021