USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/6/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VISTA FOOD EXCHANGE, INC.,** | |
| **Plaintiff,** | **17-CV-07454 (ALC)** |
| -against- | **ORDER** |
| **LAWSON FOODS, LLC,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with the Court's order to redact certain information in ECF No. 228 (ECF No. 230), the Court is now in receipt of the redacted documents at ECF No. 232. The Clerk of Court is directed to maintain the documents at ECF No. 228 under seal.

**SO ORDERED.**

Dated:  **May 6, 2021**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**