USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __05/20/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**VISTA FOOD EXCHANGE, INC.,**

          **Plaintiff,**

    -against-

**LAWSON FOODS, LLC,**

          **Defendant.**
-------------------------------------------------------------------- x
**ANDREW L. CARTER, JR., District Judge:**

**17-CV-7454 (ALC)**

**ORDER**

    For reasons stated at today's show cause hearing, Plaintiff's Rule 64 Motion for provisional remedies is hereby DENIED in its entirety. The Clerk of Court is respectfully directed to terminate ECF No. 227.

    **SO ORDERED.**

    **Dated:**     **May 20, 2021**
                  **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**