UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VISTA FOOD EXCHANGE, INC.,

                              Plaintiff,

          -against-

LAWSON FOODS, LLC,

                             Defendant.

-------------------------------------------------------------X

17-CV-07454 (ALC) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff's proposed findings of fact and conclusions of law assert, without a supporting citation, that Virginia law governs the parties' May 25, 2016 agreement. ECF No. 239 ¶ 37. In response to this assertion, Defendant "refers all questions of law to the Court." ECF No. 247 at 28. No later than February 16, 2022, Plaintiff shall file a letter not to exceed two pages that sets forth the basis for Plaintiff's claim that Virginia law applies to the May 25, 2016 agreement. Any response by Defendant is due on February 18, 2022 and may not exceed two pages.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    February 14, 2022
                New York, New York