UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VISTA FOOD EXCHANGE, INC.,

                              Plaintiff,
        -against-                                             17 **CIVIL** 7454 (ALC)(SN)

## **JUDGMENT**

LAWSON FOODS, LLC,

                              Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated April 5, 2023, Magistrate Judge Sarah Netburn's March 14, 2022 Report and Recommendation is adopted. The Court finds Lawson Foods LLC liable for $2,258,537, plus applicable interest, broken down as: $1,295,974 in compensatory damages, plus 9% prejudgment simple interest, calculated from June 6, 2016, to the date of judgment, in the amount of $797,290.31; $647,987 in punitive damages; $314,576 in attorneys' fees; and post-judgment interest pursuant to 28 U.S.C. § 1961 on the amount of $2,258,537, calculated from the date of judgment until the date of Lawson's payment.  In addition, the Court holds that the civil contempt fine of $100 per day starting on October 15, 2018, and ending on November 30, 2020, that was imposed jointly and severally upon Fortress Foods, Lawson, and Simon Law in Judge Netburn's Order of November 1, 2019 (ECF No. 172) is separate and apart from the above damages judgment, attorneys' fees, and statutory interest. The Court finds Lawson Foods LLC liable for $77,800 to be added on to the judgment total *after* the calculation of interest; accordingly, the case is closed.

**Dated:**  New York, New York

       April 6, 2023

                                                                         **RUBY J. KRAJICK**

                                                                  _____
                                                                      **Clerk of Court**

                                               **BY:**    *K. Mango*

                                                                      _____
                                                                      **Deputy Clerk**