UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

VISTA FOOD EXCHANGE, INC.,

                           **Plaintiff,**

      **-against-**

LAWSON FOODS, LLC,

                          **Defendant.**

------------------------------------------------------------------ x

17-CV-07454 (ALC)(SN)

<u>CONFERENCE ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Tuesday, September 26, 2023 at 2:00M Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **September 20, 2023**
             **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**