UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

    -against-

LAWSON FOODS, LLC,

                Defendant.

------------------------------------------------------------- x

17-CV-07454 (ALC)(SN)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Friday, September 29, 2023 at 10:30AM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    September 26, 2023
              New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**