**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VISTA FOOD EXCHANGE, INC.,

                Plaintiff,

-against-                            17 **CIVIL** 7454 (ALC)(SN)

## AMENDED JUDGMENT

LAWSON FOODS, LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2023, Amended Order dated April 5, 2023, Magistrate Judge Sarah Netburn's March 14, 2022 Report and Recommendation is adopted. For the reasons stated above, Plaintiff's motion, ECF No. 264, is GRANTED. As such, Plaintiff's motion to expedite, ECF No. 268, is dismissed as moot.

**Dated:**  New York, New York

      October 24, 2023

                                                **RUBY J. KRAJICK**
                                                Clerk of Court

**BY:**
                                                _____
                                                   **Deputy Clerk**