**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**VISTA FOOD EXCHANGE, INC.,**                                   :
                                                                 :
                                          **Plaintiff,**          :
                                                                 :          **17-CV-07454 (ALC)(SN)**
                          **-against-**                          :
                                                                 :          **ORDER**
**LAWSON FOODS, LLC,**                                           :
                                                                 :
                                          **Defendant.**          :
                                                                 :
                                                                 :
                                                                 :
---------------------------------------------------------------- :
                                                                 :
                                                                 x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant Simon Law's notice of bankruptcy. ECF No. 279.

The parties are ordered to file a joint status report regarding how Law's bankruptcy petition will

affect collection of the judgment in this case by **November 6, 2023**.

**SO ORDERED.**

**Dated:**        **November 1, 2023**
                  **New York, New York**               _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**