UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,                :
                                          :
                       **Plaintiff,**     :
                                          :   17-CV-07454 (ALC)(SN)
       **-against-**                 :
                                          :   <u>ORDER</u>
LAWSON FOODS, LLC,                        :
                                          :
                      **Defendant.**     :
                                          :
-------------------------------------------------------------- :
                                          :
                                          x

**ANDREW L. CARTER, JR., District Judge:**

      The parties are ordered to file a joint status report regarding the status of collection of the final the judgment in this case and the contempt award by **November 27, 2023**.

**SO ORDERED.**

**Dated:   November 17, 2023**
           **New York, New York**                   **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**