UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC., :
:
                             **Plaintiff,** :
:     17-CV-07454 (ALC)(SN)
     **-against-** :
:     **CONFERENCE ORDER**
LAWSON FOODS, LLC, :
:
                            **Defendant.** :
:
------------------------------------------------------------------- :
:
x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on Wednesday, December 6, 2023 at 4:30PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **November 29, 2023**
               **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**