**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

VISTA FOOD EXCHANGE, INC.,                        :
                                                  :
                              Plaintiff,          :
                                                  :        **17-CV-07454 (ALC)(SN)**
              -against-                            :
                                                  :        <u>**ORDER**</u>
LAWSON FOODS, LLC,                                :
                                                  :
                              Defendant.          :
                                                  :
                                                  :
                                                  :
-------------------------------------------------------------- :
                                                  :
                                                  x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' letters, ECF Nos. 299-300, regarding Defendant's

motion to extend time to supplement the record. The motion is hereby **DENIED**.

**SO ORDERED.**

**Dated:**      **December 26, 2023**
             **New York, New York**

                                    _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**