```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/27/23__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,

                           **Plaintiff,**

    -against-

LAWSON FOODS, LLC.,

                          **Defendant.**

-------------------------------------------------------------- x

17-CV-07454 (ALC)(SN)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for December 27, 2023, at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **December 26, 2023**

                                        _/s/ Andrew L. Carter, Jr._
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**