UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,

                    Plaintiff,

    -against-

LAWSON FOODS, LLC,

                    Defendant.

------------------------------------------------------------- x

17-CV-07454 (ALC)(SN)

**AMENDED CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for December 27, 2023, at 3:00 p.m. Eastern Time. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    **December 27, 2023**
              **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**