UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
VISTA FOOD EXCHANGE, INC.,

                **Plaintiff,**

      -against-

LAWSON FOODS, LLC,

                **Defendant.**

------------------------------------------------------------- x

17-CV-07454 (ALC)(SN)

(Related Case Number 1:21-CV-04689-ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' recent letters. ECF Nos. 312-314. Plaintiff's request is hereby denied without prejudice. The parties are ordered to file a joint status report by February 22, 2024.

**SO ORDERED.**

**Dated:**     **February 8, 2024**
              **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**