UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

VISTA FOOD EXCHANGE, INC.,

                            **Plaintiff,**

                17-CV-07454 (ALC)(SN)

       -against-

                **CONFERENCE ORDER**

LAWSON FOODS, LLC,

                           **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      A joint status conference is set for August 7, 2025, at 4:00 p.m. Eastern Time. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. The Parties should be prepared to discuss next steps in this matter and their submissions at Dkt. Nos. 3332 and 3333.

**SO ORDERED.**

**Dated:**    **July 11, 2025**
            **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**