

# JONATHAN C. SCOTT P.C.

**MEMO ENDORSED**  August 1, 2025

Via email to ALCarterNYSDChambers@nysd.uscourts.gov
And VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/4/2025__

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Deputy Phone: (212) 805-0141

Re:   *Vista Food Exchange, Inc. v. Lawson Foods, LLC*
      Case N. 1:17-cv-07454-ALC-SN and Case No. 1:21-cv-04689-ALC
      Letter Requesting an Adjournment
      United States District Court for the Southern District of New York

Dear Judge Carter,

We write on behalf of plaintiff, Vista Food Exchange, Inc., to respectfully request an adjournment of the joint status conference currently scheduled for August 7, 2025. Due to a scheduling conflict, counsel for Vista Food Exchange, Inc. is unavailable on that date. We ask the court to reschedule the conference to a date that is most convenient during the week of September 22, 2025. All counsel have consented to this request and confirmed their availability.

Respectfully submitted,

JONATHAN C. SCOTT, P.C.

/s/ Jonathan C. Scott
Jonathan C. Scott

**The conference previously scheduled for August 7, 2025 is hereby adjourned to September 23, 2025 at 4 PM ET.**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 4, 2025

Jonathan C. Scott P.C.
2200 Ross Ave, Suite 4900W,
Dallas, Texas 75201
(214) 999-2901