USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**VISTA FOOD EXCHANGE, INC.,**

**Plaintiff,**

**-against-**

**LAWSON FOODS, LLC,**

**Defendant.**

----------------------------------------------------------------X

**17-CV-07454 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties filed letters indicating that the United States Bankruptcy Court for the District of New Jersey would hold a hearing on June 30, 2026, to address whether the Order to Show Cause entered in this action violates the automatic stay. See ECF Nos. 3364, 3365. By no later than Wednesday, July 15, 2026, the parties shall file a joint status letter providing the Court with an update on the June 30, 2026 Bankruptcy Court hearing. The parties shall, in particular, note in their letter whether the Bankruptcy Court further addressed any issues pertinent to Plaintiff's pending motion to compel non-party discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 9, 2026
New York, New York