USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**VISTA FOOD EXCHANGE, INC.,**

**Plaintiff,**

**-against-**

**LAWSON FOODS, LLC,**

**Defendant.**
---------------------------------------------------------------X

**17-CV-07454 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff Vista Food Exchange, Inc. ("Vista") and non-party S.D.J. Trading, Inc. ("SDJ") have filed competing protective orders to govern SDJ's production pursuant to Vista's subpoena. The Court adopts Vista's proposal. The parties, however, should meet and confer to discuss whether certain terms from SDJ's proposal should be incorporated, including, without limitation, an acknowledgement signed by consultants, experts, or non-party witnesses (SDJ Proposal, ¶¶ 8(g), (i)); a notice period following a request or subpoena for protected material (SJD Proposal, ¶ 20); or any other non-material terms. For the avoidance of doubt, the Court does not adopt SDJ's proposal for an Attorneys' Eyes Only designation, a fee-shifting provision, or any delay of production following the execution of the protective order. Production should be as soon as practicable following the Court's endorsement.

The parties shall file a signed protective order by Wednesday, October 21, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York